IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. HIGGINSON,

    Plaintiff,

v.

ALTERNATIVE RECOVERY MANAGEMENT, INC.,

    Defendant.

No. C 19-01647 WHA

**ORDER TO SHOW CAUSE**

Thomas Higginson initiated this action against Alternative Recovery Management, Inc. alleging violations of the Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act. This morning, an initial case management conference was held. Theresia Sandhu made a "special appearance" on behalf of Sulaiman Law Group for plaintiff. Plaintiff counsel of record failed to appear. Defendant counsel of record failed to appear. Counsel of record must personally appear at the initial case management conference. "Special appearances" are not permitted.

Accordingly, by **JULY 25, 2019 AT NOON**, counsel for plaintiff *and* counsel for defendant must **SHOW CAUSE** why this case should not be dismissed for lack of prosecution and failure to appear. Counsel for plaintiff *and* counsel for defendant must also **SHOW CAUSE** why they should not be referred to the Court's Standing Committee on Professional Conduct for their inexcusable absence.

A hearing on this order to **SHOW CAUSE** is hereby set for **AUGUST 8 AT 11:00 A.M.** Counsel of record for both parties must appear. Any reply briefs are due by **AUGUST 1 AT NOON.**

**IT IS SO ORDERED.**

Dated: July 11, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE