OMAR T. SULAIMAN
osulaiman@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. HIGGINSON,<br><br>   Plaintiff,<br><br>   v.<br><br>ALTERNATIVE RECOVERY MANAGEMENT, INC.,<br><br>   Defendant. | Case No. 3:19-cv-01647-WHA<br><br>**AGREED STIPULATION DISMISSAL WITHOUT PREJUDICE** |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, THOMAS E. HIGGINSON and the Defendant, ALTERNATIVE RECOVERY MANAGEMENT, INC., through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed without prejudice with leave to reinstate within 45 days. After 45 days, the dismissal shall become with prejudice, with parties to bear their own costs and attorneys' fees.

Dated: July 25, 2019                                             Respectfully Submitted,

**THOMAS E. HIGGINSON**                              **ALTERNATIVE RECOVERY MANAGEMENT, INC.**

*/s/ Omar T. Sulaiman*                                          */s/ Mark G. Spencer (with consent)*

1

| | |
|---|---|
| Omar T. Sulaiman | Mark G. Spencer |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Sulaiman Law Group, LTD | Law Office of Mark G. Spencer |
| 2500 S. Highland Ave., Ste. 200 | 550 West "C" Street, Suite 1600 |
| Lombard, Illinois 60148 | San Diego, California 92101 |
| Phone: (630) 575-8181 | Phone: (619) 997-6275 |
| *osulaiman@sulaimanlaw.com* | *mspencerlaw@hotmail.com* |
| *Attorney for Plaintiff* | *Attorney for Defendant* |