1  OMAR T. SULAIMAN
   osulaiman@sulaimanlaw.com
2  SULAIMAN LAW GROUP, LTD.
   2500 South Highland Avenue, Suite 200
3  Lombard, IL 60148
   Telephone: (630) 575-8181
4  Facsimile: (630) 575-8188
5  *Attorney for Plaintiff*

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10 | THOMAS E. HIGGINSON,        | Case No. 3:19-cv-01647-WHA |
11 |                Plaintiff,   | **PROPOSED ORDER**         |
12 |         v.                  |                            |
13 |                             |                            |
14 | ALTERNATIVE RECOVERY        |                            |
   | MANAGEMENT, INC.,           |                            |
15 |                Defendant.   |                            |

16

17               **ORDER ON DISMISSAL WITHOUT PREJUDICE**

18     Plaintiff, THOMAS E. HIGGINSON ("Plaintiff"), by and through his attorneys, Sulaiman

19 Law Group, Ltd. having filed with this Court his Agreed Stipulation of Dismissal without Prejudice

20 to convert to a dismissal with prejudice in 45 days, and the Court having reviewed same, now finds

21 that this matter should be dismissed.

22     IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby

23 dismissed, without prejudice to convert to a dismissal with prejudice in 45 days.

24

25  Dated: _____

26

27                                      _____
                                        Judge, U.S. District Court
28

                                        1