IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. HIGGINSON,

    Plaintiff,

v.

ALTERNATIVE RECOVERY MANAGEMENT, INC.,

    Defendant.

No. C 19-01647 WHA

**ORDER RE STIPULATED REQUEST FOR DISMISSAL**

For the reasons stated in the previous order (Dkt. No. 28), the proposed order regarding the stipulated request for dismissal is **DENIED.**

**IT IS SO ORDERED.**

Dated: July 25, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE